HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>MIGUEL A. NEGRETE,<br><br>*Defendant,* | Case No. 1:23-PO-00143-1-SAB<br><br>**APPLICATION AND<br>ORDER APPOINTING COUNSEL** |

Defendant, Miguel A. Negrete, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA counsel, the Federal Defender has a conflict.

On July 8, 2023, Park law enforcement cited Mr. Negrete for carrying or possessing a weapon in violation of 36 CFR § 2.4(g).  The violation carries a sentence of custody up to 6 months, fine under 18 U.S.C. § 1865, or both.  Mr. Negrete has his initial appearance on September 28, 2023 at 9:00 a.m. before Magistrate Judge Stanley A. Boone.

Mr. Negrete submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time.  After reviewing his Financial Affidavit, it is respectfully recommended that CJA Panel Attorney, Carolyn Phillips, be appointed nunc pro tunc as of September 13, 2023.

DATED:  September 14, 2023                    */s/ Eric V Kersten*
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA Panel Attorney, Carolyn Phillips, nunc pro tunc as of September 13, 2023, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **September 15, 2023**          /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE